THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS SPURIO, Appellant, *v.* JOHN F. FOSTER, as Warden of Auburn Prison, Respondent.

Argued October 10, 1944; decided November 16, 1944.

*Alfred A. Duffy* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Herman N. Harcourt, Orrin G. Judd, Patrick H. Clune* and *George A. Radz* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.